### 3342. BROWN v. THE STATE.

POWELL, J. This case is controlled by *Strickland* v. *State*, 137 *Ga.* 1 (72 S. E. 260). *Judgment affirmed.*

DECIDED OCTOBER 10, 1911.

Accusation of carrying pistol without license; from city court of Moultrie—Judge McKenzie. March 30, 1911.

*James Humphreys, G. E. Edmondson,* for plaintiff in error.
*Alfred R. Kline, solicitor-general,* contra.

---

### 3365. RICHARDSON v. THE STATE.

POWELL, J. This case is controlled by *Strickland* v. *State*, 137 *Ga.* 1 (72 S. E. 260). *Judgment affirmed.*

DECIDED OCTOBER 10, 1911.

Accusation or carrying pistol without license; from city court of Tifton—Judge R. Eve. March 25, 1911.

*R. D. Smith,* for plaintiff in error.
*James H. Price, solicitor,* contra.

---

### 3381. CAMPBELL v. THE STATE.

POWELL, J. This case is controlled by *Strickland* v. *State*, 137 *Ga.* 1 (72 S. E. 260). *Judgment affirmed.*

DECIDED OCTOBER 10, 1911.

Accusation of carrying pistol without license; from city court of Brunswick—Judge Krauss. March 30, 1911.

*F. H. Harris,* for plaintiff in error.
*Ernest Dart, solicitor,* contra.

---

### 3388. CHATMAN v. THE STATE.

POWELL, J. This case is controlled by *Strickland* v. *State*, 137 *Ga.* 1 (72 S. E. 260). *Judgment affirmed.*

DECIDED OCTOBER 10, 1911.

Indictment for carrying pistol without license; from Houston superior court—Judge Felton. April 12, 1911.

*R. N. Holtzclaw,* for plaintiff in error.
*Walter J. Grace, solicitor-general,* contra.

---

### 3504.   CONNELL *v.* THE STATE.

POWELL, J.   1. In a prosecution against a man for fornication or adul-
tery, testimony that the female with whom the intercourse is alleged
to have taken place had intercourse with another man is immaterial,
even though the female herself is a witness for the State.
2. A female witness can not be impeached by proof of specific acts of il-
licit intercourse.                              *Judgment affirmed.*

DECIDED OCTOBER 10, 1911.

Indictment for adultery and fornication; from Haralson supe-
rior .court—Judge Edwards.   May 10, 1911.

*Robinson & Edwards, W. W. Mundy,* for plaintiff in error.

*J. R. Hutcheson, solicitor-general, E. S. Ault, Griffith & Mat-
thews,* contra.

---

### 3533.   STEED *r.* THE STATE.

RUSSELL, J.   This case is controlled by *Blount* v. *State,* ante, 575 (71
S. E. 877).                                    *Judgment affirmed.*

DECIDED OCTOBER·10, 1911.

Indictment for misdemeanor; from Talbot superior court—Judge
Gilbert.   May 15, 1911.

*Bull & Smith,* for plaintiff in error.

*George C. Palmer, solicitor-general,* contra.

---

### 3536.   WILLIAMS *v.* THE STATE.

1. No error of law is complained of, and the finding of the judge without
the intervention of a jury is fully supported by the evidence, since the
credibility of the witnesses as to the one issue of fact is entirely a mat-
ter for his determination.
2. This court will not interfere with the discretion of the trial judge in
refusing to grant a new trial on the ground of newly discovered testi-
mony, where the motion on this ground contains no affidavit accrediting
the character of the persons relied upon to give the alleged newly dis-
covered testimony.